TEXAS INSTRUMENTS INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 76-2-00443

Before Hon. JAMES L. WATSON, *Judge.*

## ORDER

Upon consideration of plaintiff's motion for clarification and for voluntary dismissal, and noting that defendant does not oppose this motion, and upon consideration of all other papers and proceedings had herein, it is hereby

ORDERED, ADJUDGED, AND DECREED that plaintiff's motion is granted, and it is further hereby

ORDERED, ADJUDGED, AND DECREED that this Court's opinions, decisions, and judgments contained in C.D. 4867 (85 Cust. Ct. 43) and Slip Op. 82-30 (3 CIT 114), having been issued prior to this Court's granting plaintiff's motion for rehearing on August 3, 1982, are vacated and without any precedential effect, and it is further hereby

ORDERED, ADJUDGED, AND DECREED that the subject action is dismissed.